HATTIE N. LEWIS, Administratrix, etc., of WILLIAM E. LEWIS, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

ROSE VAN DE BOGART, Respondent, v. GEORGE COWLES, Appellant; ARTHUR VAN DE BOGART, Appellant.— Motion by defendant Arthur Van De Bogart to amend notice of appeal denied. Motion by plaintiff to dismiss appeals of defendants from judgment of $7,585.89, entered May 28, 1931, in Tompkins county clerk's office and from orders denying each of defendants' motions to set aside the verdict and for a new trial granted. Motions by plaintiff and by defendant George Cowles to dismiss appeal of defendant Arthur Van De Bogart from order and resettled order, making Arthur Van De Bogart party defendant, granted.

CLUETT & SONS, INCORPORATED, MAE VIVIAN CLUETT, as Executrix, etc., of CHARLES FREDERICK CLUETT, Deceased, and W. IRVING JOHNSON, Respondents, v. LEWIS R. COLDWELL, Appellant.— The above-entitled cause having been called in its order on the calendar, and the appellant having failed to appear and furnish the court with the papers required, and to argue or submit the cause, on motion of the respondents, judgment of affirmance, by default, is ordered, in pursuance of rule 237 of the Rules of Civil Practice, of the order and the judgment appealed from, with costs. All concur.

ALFRED S. PEPPER and RICHARD MOORE, Respondents, v. AMERICAN AND FOREIGN SHARE CORPORATION and GEORGE S. COOLEY, Appellants.— Motion to vacate stay denied.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof and Supplemental Thereto. NEW YORK POWER AND LIGHT CORPORATION, Claimant, Appellant, Respondent; THE CITY OF NEW YORK, Petitioner, Respondent, Appellant.— Reargument is ordered solely as to the price per kilowatt hour upon which claimant's damage shall be calculated; special regard on the argument to be given to the evidence and exhibits showing past sales and purchases of electricity by the claimant.

In the Matter of the Claim of ROSE WEISBERG, Respondent, against ALEXANDER BROTHERS FURNITURE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JAMES ALECO, Respondent, against KEARNS ENGINEERING, INC., Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed as to the insurance carrier, with costs against the State Industrial Board, on the ground that the risk is not covered by the policy. Award as against the employer is affirmed. All concur, except Rhodes, J., who dissents and votes for affirmance on the ground that the work in which the employee was engaged was an incident of the business covered by the policy.

In the Matter of the Claim of HOWARD O. SMITH, Respondent, against DE WALT PRODUCTS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.